UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SAMIA LEONARD,<br><br>  Plaintiff,<br><br>v.<br><br>KIPP DETROIT IMANI ACADEMY, et al.,<br><br>  Defendants. | Case No. 24-cv-11486<br><br>Honorable Robert J. White |

**ORDER WITHDRAWING THOMAS R. PAXTON AS COUNSEL FOR DEFENDANTS**

This matter having come before the Court on the Notice of Withdrawal of Counsel for Defendants (ECF No. 22), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Thomas R. Paxton formerly of Ogletree, Deakins, Nash, Smoak & Stewart, PLLC is hereby withdrawn as counsel for Defendants in the above-entitled case. The Court notes that Richard W. Warren and D. Colby Orton of Ogletree, Deakins, Nash, Smoak & Stewart PLLC will continue to serve as counsel for Defendants in this matter.

SO ORDERED.

Dated: January 13, 2025                              s/Robert J. White
                                                                 Robert J. White
                                                                 United States District Judge